RECEIVED
APR 22 2020
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New-York NY 10007-1312

Your Honor,

I respectfully request the Court to schedule bail hearing pending appeal.

With recent outbreak of COVID-19 in BOP and failure of BOP to provide me with adequate and timely medical care for my knee injury I humbly ask that a bail hearing pending appeal be scheduled as soon as possible.

Respectfully submitted

Marko Stasiv

03/31/20

Marko Stevanin #59473112
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

LEGAL MAIL

TO:
Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New-York, NY 10007-1312