UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             18-cr-259 (PKC)

      -against-

                                                             ORDER

MARKO STASIV,

                     Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Renato Stabile is reappointed CJA counsel to defendant Marko Stasiv for the limited purpose of representing him on a compassionate release application.

        SO ORDERED.

                                                           P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         April 29, 2020

Mailed on April 29, 2020 to defendant Marko Stasiv, Prisoner No. 75973-112, MDC Brooklyn, P.O. Box 329002, Brooklyn, NY 11232