UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                        18-cr-259 (PKC)

       -against-
                                                       ORDER

MARKO STASIV,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        On June 12, 2020, Stasiv filed a motion for compassionate release.  (Doc. 311).  The government has not responded to this motion.  The government shall respond to Stasiv's motion for compassionate release in 7 days.


        SO ORDERED.

                                                      P. Kevin Castel
                                         United States District Judge

Dated:  New York, New York
           September 2, 2020