UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                     18-cr-259 (PKC)

        -against-                    ORDER

MARKO STASIV,

                    Defendant.
--------------------------------------------------------------x

CASTEL, U.S.D.J.

        Mr. Stasiv may reply to the September 9 government's response to his motion for

a sentence reduction by September 24, 2020.

        SO ORDERED.

                                                P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
       September 15, 2020

Mailed 9/16/2020