UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               18-cr-259 (PKC)

         -against-                                                     ORDER

MARKO STASIV,

                               Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Marko Stasiv seeks an early termination of his three-year term of supervised release of which he asserts he has served 18 months. After completion of one-year of supervised release, a court may terminate a term of supervised release "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. . . ." 18 U.S.C. § 3583(e)(1).

        Stasiv reports that "[a]t the moment, I am unemployed, living in a shelter, and unable to continue making restitution payments." He believes that terminating his term of supervised release and relieving him of his restitution obligation would help hm secure employment, find housing and build a new life in Utah.

        There is no reason offered why the victims of Stasiv's crimes (swindles utilizing fake employers issuing pay checks to fake employees who cashed the bogus checks leaving the check cashing businesses out the money) should forgo restitution. While Stasiv reports that he has complied with the terms of his supervised release and now has a long-distance relationship with a woman living in Utah, his submission is inadequate to demonstrate that termination of supervised release is in the interests of justice.

Mailed to Marko Stasiv 11/1/2024

- 2 -

Application for early termination of supervised release (ECF 372) is DENIED.

SO ORDERED.

_P. Kevin Castel_
United States District Judge

Dated: New York, New York
       October 31, 2024