UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARKO STASIV,

23-cv-41 (PKC)
18-cr-259 (PKC)

Movant,

-against-                                        ORDER

UNITED STATES OF AMERICA,

Respondent.
-----------------------------------------------------------x
CASTEL, Senior District Judge

On July 1, 2025, the Second Circuit denied Mr. Stasiv's request for leave to file a successive 28 U.S.C. § 2255 motion. (ECF 19, 23cv41.) Mr. Stasiv's motion for authorization to conduct discovery in support of a successive § 2255 motion, (ECF 380, 18cr259) is denied.

The Clerk is directed to close 23cv41.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        April 1, 2026

Mailed to:
Marko Stasiv
902 38th Avenue, Apt. 901
Queens, NY 11101